1  PACIFIC TRIAL ATTORNEYS
   A Professional Corporation
2  Scott J. Ferrell, Bar No. 202091
   sferrell@pacifictrialattorneys.com
3  Victoria C. Knowles, Bar No. 277231
   vknowles@pacifictrialattorneys.com
4  4100 Newport Place Drive, Ste. 800
   Newport Beach, CA 92660
5  Tel: (949) 706-6464
   Fax: (949) 706-6469
6
7  Attorneys for Plaintiff

8              **UNITED STATES DISTRICT COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| RUTH MARTIN, individually and on behalf of all other similarly situated, | Case No. 8:23-cv-00378-FWS-KES<br>Judge Fred W. Slaughter |
| Plaintiff, | |
| v. | **PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |
| DOCTOR'S BEST, INC. a Delaware corporation and DOES 1 THROUGH 10, inclusive, | |
| Defendants. | |

Case 8:23-cv-00378-FWS-KES   Document 20   Filed 09/01/23   Page 2 of 3   Page ID #:387

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Ruth Martin
2  dismisses without prejudice this action against Doctor's Best, Inc. Defendant has not yet
3  filed or served an answer to Plaintiff's Complaint, nor filed a motion for summary
4  judgment.

6  Dated: September 1, 2023               PACIFIC TRIAL ATTORNEYS

8                                          By: */s/ Scott J. Ferrell*
                                           Scott J. Ferrell
9                                          Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2023, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*
Scott J. Ferrell, Esq.